613 A.2d 555

**Enrico BRACCO and Norma M. Bracco, His Wife, Appellants,**

**v.**

**BOROUGH OF JEFFERSON, Appellee.**

Supreme Court of Pennsylvania.

Submitted Sept. 25, 1990.

Decided Oct. 9, 1992.

Edward P. Zemprelli, Zemprelli, Clipper and Campedel, Clairton, for appellants.

Kerry A. Fraas, Hilner Thieman & Fraas, Michael J. Lydon, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court quashing the appeal and vacating the Order of the Court of Common Pleas of Allegheny County is reversed. *See Appeal of Borough of Churchill*, 525 Pa. 80, 575 A.2d 550 (1990). The appeal is reinstated and the case is remanded to the Commonwealth Court for a decision on the merits.

PAPADAKOS, J., did not participate in the decision of this case.